**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEFFERY N. CARR, SR.**, *on behalf of himself And all others similarly situated*, | **CIVIL ACTION** |
| Plaintiff, | **NO. 22-2139-MRP** |
| v. | |
| **REGULATORY DATACORP, INC.**, *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 29th day of May, 2024, upon consideration of Plaintiff's Motion for Class Certification (ECF Nos. 47 & 72), the responses thereto, and the April 17, 2024 hearing on the Motion, it is hereby **ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

_____
Hon. Mia R. Perez

---

[1] A memorandum opinion to follow.